UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

RAYMOND SCOTT,

        Defendant.

6:19-CV-06914 EAW

_____

RAYMOND SCOTT,

        Plaintiff,

   v.

THE UNITED STATES OF AMERICA, *et al.*,

        Defendants.

6:21-CV-06255 EAW

_____

## **ORDER**

On September 22, 2021, Raymond Scott emailed directly to the undersigned, without a copy to opposing counsel, the documents appended here to as exhibits A and B. Mr. Scott's emails indicated that these documents related to the above-captioned matters.

Mr. Scott is hereby advised that it is not appropriate to attempt to engage in *ex parte* communications—that is, communications without the participation of opposing counsel—with the Court, nor is email an acceptable method of filing documents. Instead, documents must be filed with the Clerk of Court's Office, either by hand delivery or mail.

Mr. Scott is further advised that the documents he emailed to the undersigned have not been filed in either of the above-captioned matters; if he wishes to file them, he must do so in the appropriate manner as described above. Mr. Scott should further be aware that this District's Local Rule of Civil Procedure 5.2(g) provides that "[w]here a *pro se* litigant has more than one (1) action pending, any motion or other papers purporting to relate to more than one (1) action will not be accepted for filing, except upon a finding of good cause. A motion or other papers shall be directed to the issues raised in one (1) action only, and shall be filed only in that action." L. R. Civ. P. 5.2(g).

    SO ORDERED.

_____
ELIZABETH A. WOLFORD
Chief Judge
United States District Court

Dated: October 13, 2021
       Rochester, New York